UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ANGELA J. GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-CV-139-HBG |
| | ) | |
| MERCEDES-BENZ, USA, and | ) | |
| PREFERRED WARRANTIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 31].

For the reasons cited in the Memorandum Opinion filed contemporaneously herewith, Defendant's Motion for Summary Judgment [**Doc. 63**] is **GRANTED.**

The Clerk of Court is **DIRECTED TO CLOSE** this case.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge

ENTERED AS A JUDGMENT
   s/ *John L. Medearis*
   CLERK OF COURT